Certificate Number: 15317-IAN-DE-033164186

Bankruptcy Case Number: 19-00751



15317-IAN-DE-033164186

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 26, 2019</u>, at <u>10:31</u> o'clock <u>AM PDT</u>, <u>Jeffrey J Sweet</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Iowa</u>.

Date:  <u>July 26, 2019</u>          By:  <u>/s/Janice Morla</u>

                                    Name:  <u>Janice Morla</u>

                                    Title:  <u>Counselor</u>