Form ntcfclms

# UNITED STATES BANKRUPTCY COURT
## Northern District of Iowa

In Re:

Jeffrey J Sweet
dba JSPAINTING

Debtor(s)

Chapter: 7
Case No.: 19−00751
Office Code: 2

## NOTICE OF POSSIBLE DIVIDEND AND
## NOTICE OF DEADLINE FOR FILING TIMELY CLAIMS

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice was previously given that it appeared that there were no assets in the bankruptcy estate from which a dividend could be paid to unsecured creditors. Creditors were advised at that time that it was unnecessary to file proofs of claim.

It now appears that there may be assets in excess of the costs of administration and that payment of a dividend is possible.

In order to receive a dividend, a creditor must file a proof of claim. A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Web site:

*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.*

Dividends might not be paid on tardily filed claims, or tardily filed claims might receive a lesser dividend than a timely filed claim.

If you want to file a TIMELY claim against the estate, you must file your proof of claim with the Clerk of Court at the address appearing below

**ON OR BEFORE 10/31/19**

If you have already filed a proof of claim, there is no need to file again unless you wish to amend your claim.

Dated: 7/31/19

MEGAN R. WEISS
Acting Clerk, U.S. Bankruptcy Court
111 Seventh Avenue SE #15
Cedar Rapids, IA 52401−2101