United States Bankruptcy Court
Northern District of Iowa

In re:                                                                Case No. 19-00751-TJC
Jeffrey J Sweet                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin              Page 1 of 1            Date Rcvd: Aug 09, 2019
                              Form ID: pdf902          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db             +Jeffrey J Sweet,    3130 Westmore Dr,    Dubuque, IA 52001-1564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Dustin Abraham Baker    on behalf of Debtor Jeffrey J Sweet dustin@henkelsbaker.com,
               dustin@henkelsbaker.com;hillary@henkelsbaker.com;margaret@henkelsbaker.com;office@henkelsbaker.co
               m;bakerdr45649@notify.bestcase.com
              Sheryl Schnittjer    delhisls926@gmail.com, sschnittjer@ecf.axosfs.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

IN RE:

Jeffrey J Sweet

DEBTOR.

CHAPTER 7

CASE NO. 19-00751

## ORDER GRANTING DISMISSAL

Debtor, Jeffrey J Sweet, have filed a Motion to Dismiss Chapter 7 Bankruptcy filing, case number 19-00751.

Having reviewed the Motion, the Court HEREBY ORDERS: The Motion is Granted and Debtor's Chapter 7 Bankruptcy filing is hereby dismissed.

DATED AND ENTERED:   August 9, 2019

_____
United States Bankruptcy Judge
Northern District of Iowa