# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Jeffrey J Sweet

Debtor(s)

CHAPTER 7

Bankruptcy No.

19–00751

## NOTICE OF ORDER DISMISSING PETITION IN BANKRUPTCY

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN that an Order was entered on August 9, 2019, dismissing the Petition of Jeffrey J Sweet .

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*[signature: Jennifer Meier]*

Date: August 12, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101