IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| JEFFREY J. SWEET, | ) |
| | ) Bankruptcy No. 19-00751 |
| Debtor. | ) |

Date of Hearing:   September 3, 2019

APPEARANCES:

For Debtor: Frances Henkels
For Parties-In-Interest: Eric Lam for Trustee Sheryl Schnittjer
U.S. Trustee:   Janet Reasoner
Case Trustee: Sheryl Schnittjer

NATURE OF PROCEEDING:        ___In Court    _X_ Telephonic

1) Trustee's Motion to Reconsider Dismissal of Chapter 7 Case
2) U.S. Trustee's Objection to Debtor's Motion for Voluntary Dismissal
3) Trustee's Motion to Extend Time to File Appeal

IT IS ORDERED THAT:

The Trustee's Motion to Reconsider Dismissal and U.S. Trustee's Objection to Debtor's Motion for Voluntary Dismiss are GRANTED.   The voluntary dismissal is set aside and this case is REINSTATED.

Further, Trustee's Motion to Extend Time to File Appeal is DENIED as being moot.

Dated and Entered   September 3, 2019

_____
Thad J. Collins, Bankruptcy Judge